# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| Latasha Jackson, | ) | Civil Action No. 5:17-cv-02720-DCC-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On October 6, 2017, Plaintiff, appearing through counsel, filed this action appealing her denial of social security benefits. Defendant filed an answer and copy of the administrative record on March 26, 2018. ECF Nos. 10, 11. Plaintiff's brief in support of her appeal was due by April 25, 2018. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 10. To date, however, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **May 14, 2018**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

May 7, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge