UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| LATASHA JACKSON, | ) Civil Action No. 5:17-CV-02720-DCC |
| Plaintiff, | ) |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

ORDERED that Defendant's Motion is granted. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions, and in light of the Commissioner's request for remand of this action, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

s/Donald C. Coggins, Jr.
United States District Judge

6/20, 2018

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.